STEPHEN C. KENNEY (SBN 53883)
SAMANTHA D. HILTON (SBN 215585)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170
skenney@kennmark.com
shilton@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION - **ECF PROGRAM**

| | |
|---|---|
| IN RE:<br><br>DEEP VEIN THROMBOSIS<br><br>This Document Relates to:<br><br>*Anthony R. Twardowski v. American Airlines, Inc., America West Airlines, Inc. and Does 1-10*; Case No. C 05 0237 VRW | MDL DOCKET NO. 04-1606 VRW<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF; [~~PROPOSED~~] ORDER**<br>Civ. L.R. 7-11 |

Defendant AMERICAN AIRLINES, INC. ("American") respectfully submits this motion for administrative relief requesting that judgment be entered in favor of American pursuant to a Stipulation and Court Order dated December 2, 2005.

On November 17, 2005 the parties in this action stipulated to be bound by this Court's decision on the Airline Defendants' motions for summary judgment heard on December 8, 2005, and any final decision(s) of the Ninth Circuit Court of Appeal, and the United States Supreme Court from any appeal(s) from this Court's decision on the Airline Defendants' motions for summary judgment in the Warsaw Actions. *See* Stipulation attached to the Declaration of

Samantha D. Hilton (the "Hilton Decl.") as Exhibit "A." The Stipulation and Proposed Order was signed and entered by the Court on December 2, 2005. *See* Order attached to the Hilton Decl. as Exhibit "B."

On August 18, 2006, the Court granted the Airline Defendants' motions for summary judgment in the Warsaw actions. (MDL Docket 04-1606 Document No.s 467, 469). Judgment was entered in favor of the Airline Defendants, including American, in each action to which the motions were filed. In lieu of filing a motion for summary judgment in the instant action, the parties agreed to be bound by this Court's decision. American, therefore, requests that judgment be entered in its favor for the reasons announced in the Court's Order of August 18, 2006.

DATED: September 6, 2006

**KENNEY & MARKOWITZ L.L.P.**

By: /s/ Samantha D. Hilton
STEPHEN C. KENNEY
SAMANTHA D. HILTON
Attorneys for Defendant
AMERICAN AIRLINES, INC.

# ~~PROPOSED~~ ORDER

Pursuant to the Stipulation and Order dated December 2, 2005 and for the reasons announced in the Court's Order of August 18, 2006 granting the Airline Defendants' motions for summary judgment in the Warsaw actions;

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of American Airlines, Inc.

DATED: 9/14/2006

_____
VAUGHN R. WALKER
CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT

{30076.301794 0124419.DOC}  -3-
DEFENDANT AMERICAN AIRLINES, INC.'S MOTION FOR ADMINISTRATIVE RELIEF; [PROPOSED] ORDER; MDL DOCKET NO. 04-1606 VRW

Kenney & Markowitz L.L.P.