**IT IS SO ORDERED**

Judge Vaughn R Walker

March 4, 2008

**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705

Telephone (714) 285-9600
Facsimile (714) 285-9700

JEFFREY A WORTHE, SBN 080856
TODD C. WORTHE, SBN 177452

Attorneys for Defendant, AMERICA WEST AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TWARDOWSKI<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; AMERICA WEST AIRLINES, INC.; and DOES 1-10, inclusive<br><br>  Defendants. | MDL DOCKET NO. 04-1606 VRW<br><br>**This Document Relates to:**<br>*Anthony Twardowski v. American Airlines, et al.* Case No. C 05-0237 VRW)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between AMERICA WEST AIRLINES, INC., and the Plaintiff, ANTHONY R. TWARDOWSKI, that the above-captioned action, as to AMERICA WEST AIRLINES, INC., only, be and hereby is dismissed with prejudice, with each party to bear its own costs and attorney's fees. This Stipulation of Dismissal has no bearing or effect on any claims the Plaintiff, ANTHONY R. TWARDOWSKI, may have with respect to "Warsaw" claims the Plaintiff may have with respect to AMERICAN AIRLINES, INC.

DATED: 2-22-08

WORTHE HANSON & WORTHE

By: _____
JEFFREY A. WORTHE
Attorneys for DEFENDANT,
AMERICA WEST AIRLINES, INC.

| | |
|---|---|
| DATED: 2/25/08 | **MAGANA, CATHCART & McCARTHY**<br><br>By: _____<br>CLAY ROBBINS, III<br>Attorney for PLAINTIFF, ANTHONY R. TWARDOWSKI |